(April 7, 1939.)

In the Matter of the Application of Brooklyn Bar Association in Respect of Jacob P. Nathanson, an Attorney, Respondent.— The petition herein showing respondent pleaded guilty and was convicted of the charge of subornation of perjury in the first degree in the County Court of Kings county, and the petition herein having been served on the respondent, who defaulted on the return day, the respondent is disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

The People of the State of New York ex rel. Abraham M. Ditchik, Appellant, v. Sheriff of the County of Kings, Respondent.— Order dismissing writ of habeas corpus and remanding relator to the custody of the sheriff of Kings county affirmed. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. [See 171 Misc. 248.]

(April 10, 1939.)

David B. Glover and Others, Respondents, v. Philip Egner and Others, Defendants, and George M. Murray, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

William Guarisco, Appellant, v. Massachusetts Bonding & Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Alice R. Homer and Another, Respondents, and Lotta Mayberry, etc., Plaintiff, v. Charles F. Sampson, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of The City of New York, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to and Possession of Certain Lands and Premises Which Are Not Now Owned by The City of New York, Situated in the Area Bounded by 21st Street, etc., in the Borough of Queens, County of Queens, City of New York, etc. Onrev Holding Corporation, Appellant; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of Adam C. King and Others, as Executors, etc., of William Rice Hochster, Deceased, and Others, Respondents; Geraldine E. Blume and Another, Appellants.— Motion to amend decision denied, without costs. [See ante, p. 844.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of the Mortgage Commission of the State of New York for an Order Directing Muller Paper Goods Co., Inc., to Make Available All Records and Data with Respect to Income, and for an Order Directing the Payment of Surplus or Such Part Thereof as the Court May Determine to the Mortgagee, the Mortgage Commission of the State of New York, etc. Mortgage Commission of the State of New York, Appellant; Muller Paper